Misc. No. 12–8025/AR. Michael G. New, Appellant v. United States, Appellee. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary

relief in the form of a writ of error coram nobis was filed under Rule 27(b) on this date.